**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

**Norbert G. Jaworski**
**Clerk**

October 22, 2007

**NOTIFICATION THAT YOUR COMPLAINT/PETITION
HAS BEEN FILED (WITHOUT FEE)**

To:      Jan Becker

Re:      Jan Becker vs. Warden Hudson, et al
Case No.      07-741-JPG

This is to advise you that our office has received your complaint/petition and motion and affidavit in support of request to proceed in forma pauperis. Your request to proceed without payment of fees and cost of security is presently under consideration. When a decision is reached, a copy of the Courts Order will be mailed to you.

Please forward all future pleadings/documents/papers to the above address using the above assigned case number.

        Sincerely,

        NORBERT G. JAWORSKI, Clerk


        S/Deborah Agans, Deputy Clerk

PS-10
(3/01)