IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAN F. BECKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-741-JPG |
| ) | |
| WARDEN HUDSON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 2001 conviction on three counts involving sexual assault, for which he is serving a 30-year sentence.

Petitioner was convicted in the state of Ohio; he is also confined in that state. Therefore, this Court has no jurisdiction to rule on the merits of this action. *See* 28 U.S.C. § 2241(d). The Court could transfer this action to the appropriate district court in Ohio. However, exhibits attached to the petition indicate that Petitioner has already filed at least one unsuccessful federal habeas corpus petition. *See Becker v. Bradshaw*, Case No. 04-cv-601-DCN (N.D. Ohio, filed March 29, 2004), *aff'd*, Appeal No. 04-3816 (6th Cir., Dec. 27, 2005). It does not appear that Petitioner has been granted leave to file a second or successive habeas corpus petition. *See* 28 U.S.C. § 2244.

The Court further notes that Petitioner has at least two other habeas corpus petitions are currently pending in the Northern District of Ohio. Each of these cases is virtually identical to the instant petition, except that one names a myriad of respondents in Florida, while the other names

respondents in Virginia.  *See Becker v. Ohio Attorney General*, Case No. 07-cv-2928-PCD (N.D. Ohio, filed Sept. 25, 2007); *Becker v. Hudson*, Case No. 07-cv-3090-KMO (N.D. Ohio, filed Oct. 9, 2007).  Therefore, in the interest of conserving judicial resources, this Court sees no need to transfer this action to Ohio.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice, and all pending motions are now **MOOT**.

**IT IS SO ORDERED.**

**Dated:   November 9, 2007.**

                                                **s/ J. Phil Gilbert**
                                                **U. S. District Judge**